# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**TIMOTHY RAY ALEXANDER, #81935-083,**

        **Petitioner,**

v.                                                     ACTION NO. 2:19cv417

**JUSTIN ANDREWS, Warden,**
**FCI Petersburg-Medium**

        **Respondent.**

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241 submitted by pro se Petitioner Timothy Ray Alexander ("Alexander" or "Petitioner"). Alexander's petition arises out of a disciplinary proceeding that resulted in, among other things, a loss of good conduct time. Alexander argues the Federal Bureau of Prisons violated his rights by failing to provide him with a copy of the Discipline Hearing Officer report in a timely manner and that the incident report contains inconsistences regarding date and time of the charged offense.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The Report of the Magistrate Judge was filed on January 16, 2020, recommending dismissal of the petition without prejudice for failing to exhaust all administrative remedies. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The court has received no objections to the Magistrate Judge's Report and Recommendation and the time for

1

filing objections has now expired.

Accordingly, the court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed January 16, 2020, and it is, therefore ORDERED that respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED without prejudice.

Finding that the basis for dismissal of Petitioner's § 2241 petition is not debatable, and alternatively finding that Petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); see Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a); Miller-El v. Cockrell, 537 U.S. 322, 335–38 (2003); Slack v. McDaniel, 529 U.S. 473, 483–85 (2000).

Petitioner is **ADVISED** that because a certificate of appealability is denied by this court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. Rule App. Proc. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). If Petitioner intends to seek a certificate of appealability from the Fourth Circuit, he must do so **within sixty (60) days** from the date of this Order. Petitioner may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.

The Clerk shall mail a copy of this Final Order to petitioner and provide an electronic copy of the Final order to counsel of record for respondent.

/s/
Raymond A. Jackson
United States District Judge
RAYMOND A. JACKSON
UNITED STATES DISTRICT JUDGE

January 19 2020

2